UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

Jeffrey Peter Kowatch,                                        Case No. 06-00825

        Debtor.                                              Chapter 7
_____/

Chuck's Electric,
    Plaintiff,

v                                                             Adv. Proc. No. _____
Jeffrey Peter Kowatch,
    Defendant.
_____/

## STIPULATION

    The Plaintiff, Chuck's Electric, through its President, Charles Klee, and the Defendant, Jeffrey Peter Kowatch, through his attorney, Paul Bare, stipulate that a Judgment may be entered against the Defendant in the amount of $35,744.00 with interest at the federal statutory rate. Each party shall be responsible for its own attorney fees and costs.

    The parties also stipulate that mutual releases shall be exchanged within 30 days of the Judgment.


Date: 7-10-06                                        ___/s/_____
                                                  Charles Klee, President
                                                  Chuck's Electric
                                                  224 Marquardt Road
                                                  Gaylord, MI 49735


Date:  7-12-06                                       ___/s/_____
                                                  Paul Bare, Attorney for Debtor
                                                  511 South Union Street
                                                  Traverse City, MI  49684
                                                  (231) 946-4901