UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

JEFFREY PETER KOWATCH,

    Debtor.

_____/

Case No. HG 06-00825

CHUCK'S ELECTRIC,

    Plaintiff,

vs.

JEFFREY PETER KOWATCH,

    Defendant.

_____/

Adv. Pro. No. 06-80552

## JUDGMENT

At a session of said Court of Bankruptcy, held in and for said district on JUL 3 0 2006.

PRESENT: HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

    Plaintiff and Defendant having entered into a stipulated judgment whereby Plaintiff's claim is deemed nondischargeable in Debtor's underlying bankruptcy case; and the Court being otherwise fully advised in the premises.

    Judgment is entered against Defendant Jeffrey Peter Kowatch in the amount of $35,744.00 plus interest at the federal rate. This amount is declared to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2). Enforcement of this judgment shall be consistent with the terms of the parties' stipulation filed with the court on July 12, 2006.

                                      7/30/06
                        Honorable Jeffrey R. Hughes
                        United States Bankruptcy Judge

**Returned for Service to:**
Paul Bare, Esq.